# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Carlos Alonso Velarde-Rodriguez,<br>a.k.a.: Carlos Velarde-Rodriguez,<br>a.k.a.: Carlos Alonso Velarde-Rodrigu,<br>(A 095 802 304)<br>*Defendant* | Case No. 16-7401MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of October 1, 2016, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Carlos Alonso Velarde-Rodriguez, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at Brownsville, Texas, on or about February 10, 2012, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: *CEB* Charles E. Bailey, P.S. for SAUSA David Whipple

☒ Continued on the attached sheet.

_____
Complainant's signature

Rene A. Lopez,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: October 6, 2016

_____
Judge's signature

Bridget S. Bade,
United States Magistrate Judge
*Printed name and title*

City and state: Phoenix, Arizona

## STATEMENT OF PROBABLE CAUSE

I, Rene A. Lopez, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On October 1, 2016, Carlos Alonso Velarde-Rodriguez was booked into the Maricopa County Jail (MCJ) intake facility by the Phoenix Police Department on local charges. While incarcerated at the MCJ, Velarde-Rodriguez was examined by ICE Officer R. Fields who determined him to be a Mexican citizen, illegally present in the United States. On the same date an immigration detainer was lodged with the MCJ. On October 5, 2016, Velarde-Rodriguez was released from the MCJ and transported to the Phoenix ICE office for further investigation and processing. Velarde-Rodriguez was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Carlos Alonso Velarde-Rodriguez to be a citizen of Mexico and a previously deported criminal alien. Velarde-Rodriguez was removed from the United States to Mexico through Brownsville, Texas, on or about February 10, 2012, pursuant to an order of removal issued by an immigration official. There is

2

no record of Velarde-Rodriguez in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Velarde-Rodriguez's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Carlos Alonso Velarde-Rodriguez was convicted of Possession with Intent to Distribute a Schedule II Controlled Substance, a felony offense, on or about October 13, 2009, in the First Judicial District Court of Jefferson County, Colorado. Velarde-Rodriguez was sentenced to four (4) years' incarceration. Velarde-Rodriguez's criminal history was matched to him by electronic fingerprint comparison.

5. On October 6, 2016, Carlos Alonso Velarde-Rodriguez was advised of his constitutional rights. Velarde-Rodriguez freely and willingly acknowledged his rights and declined to make any further statements.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about October 1, 2016, Carlos Alonso Velarde-Rodriguez, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at Brownsville, Texas, on or about February 10, 2012, and not having obtained

the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Rene A. Lopez,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 6th day of October, 2016.

_____
Bridget S. Bade,
United States Magistrate Judge